UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ERIC BENNETT #218736,

    Plaintiff,

v.

    Case No. 4:17-cv-12249
    Hon. Matthew F. Leitman

OBELL T. WINN, et al.,

    Defendants.
_____/

## ORDER TO MODIFY THE SCHEDULING ORDER

The Scheduling Order issued as ECF No. 32 will be modified to extend the discovery deadline to July 29, 2021 and extend the deadline for filing dispositive motions to August 25, 2021. All other dates contained in ECF No. 32 will remain in effect.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 9, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 9, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764