UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ERIC BENNETT,

    Plaintiff,

v.

                            Case No. 17-cv-12249
                            Hon. Matthew F. Leitman

OBELL T WINN, *et al.*,

    Defendants.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 110)

On April 7, 2023, the Court held a hearing over video conferencing to hear argument on Defendant Obell T. Winn's Motion for Summary Judgment on Count Four of Plaintiff John Eric Bennett's Amended Complaint – "Pervasive Risk of Harm in Violation of the Eighth Amendment." (*See* Mot., ECF No. 110.) For the reasons explained on the record during that hearing, the motion is **GRANTED**.

    IT IS SO ORDERED.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  April 7, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 7, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
