UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ERIC BENNETT,

    Plaintiff,

v.

Case No. 17-cv-12249
Hon. Matthew F. Leitman

OBELL T WINN, *et al.*,

    Defendants.
_____/

### ORDER (1) TERMIANTING APPERANCE OF ATTORNEY DANIEL MANVILLE ON BEHALF OF PLAINTIFF; (2) CONDITIONALLY APPOINTING PLAINTIFF NEW COUNSEL; AND (3) STAYING ACTION FOR PERIOD OF 120 DAYS

On December 1, 2020, the Court appointed *pro bono* counsel Daniel E. Manville to represent Plaintiff John Eric Bennett in this case. (*See* Order ECF No. 75.) Manville has now informed the Court that he has retired and is no longer engaged in the practice of law. Accordingly, the Court will **TERMINATE** the appearance of Manville as *pro bono* counsel for Bennett. However, for all of the reasons previously explained by the Court (*see* Order, ECF No. 74), the Court continues to believe that Bennett would benefit from the assistance of *pro bono* counsel for the purposes of assisting him at trial.

Accordingly, this case is **REFERRED** to the *Pro Bono* Committee. Bennett is conditionally granted appointment of counsel provided that the committee is successful in enlisting *pro bono* counsel. The Court will also **STAY** this action for a period of **120 days** while the committee attempts to obtain substitute *pro bono* counsel for Bennett. If *pro bono* counsel is not obtained within 120 days, the stay will be lifted, counsel will not be appointed, and Bennett will need to proceed *pro se* at trial if he cannot retain counsel at his own expense.

Upon the completion of the *Pro Bono* Committee's efforts to find trial counsel for Bennett, the Court will promptly set a status conference with all parties to set a mutually convenient trial date.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 1, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 1, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126